```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA


MATTHEW WEST                  )
                              )
         V.                   )   Criminal No. 04-093 (RJL)
                              )   Civil No. 08-0664 (RJL)
UNITED STATES OF AMERICA      )
                              )
_____)
```

NOTICE OF ENTRY OF APPEARANCE

The United States hereby gives notice of the entry of appearance on its behalf of Assistant United States Attorney Thomas S. Rees. Mr. Rees's telephone number is 202-305-4882. The government requests that all papers and filings be served on Mr. Rees at the address shown below.

```
                         Respectfully submitted,
                         JEFFREY A. TAYLOR
                         United States Attorney
                         D.C. Bar No. 490-610

                         JOHN P. MANNARINO
                         CHIEF, SPECIAL PROCEEDINGS DIVISION
                         D.C. Bar No. 444-384
                          /s/ Thomas S. Rees
                         THOMAS S. REES
                         Assistant United States Attorneys
                         D.C. Bar No. 358962
                         555 4th Street, N.W., Room 10-911
                         Washington, D.C. 20530
                         (202) 305-4882
                         Thomas.S.Rees@usdoj.gov
```

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of May, 2008, I caused to be served the foregoing notice of entry of appearance via first class mail, postage prepaid, on the following:

>Matthew West
>Fed. Reg. 27292-016
>U.S.P. Lewisburg
>P.O. Box 1000
>Lewisburg, PA 17837
>
>/s/ Thomas S. Rees
>THOMAS S. REES
>ASSISTANT UNITED STATES ATTORNEY