UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW WEST ) | |
| ) | Criminal No. 04-093 (RJL) |
| v. ) | Civil No. 08-0664 (RJL) |
| ) | |
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |

GOVERNMENT'S MOTION FOR AN EXTENSION OF TIME IN WHICH TO RESPOND TO DEFENDANT'S MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves for an extension of time to and including July 9, 2008, in which to respond to defendant's Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside, Or Correct Sentence. Because defendant is incarcerated, we have not sought to contact him to learn his position on this motion.

Counsel is obliged, by May 27, 2008, to complete, file and serve a substantial opposition, in excess of forty pages, to a motion bringing a collateral attack based on a claim of ineffective assistance in a case in the D.C. Superior Court. The preparation of this brief has consumed most of counsel's time this month. Yesterday, counsel filed a response to an affidavit filed in another case in that court. Counsel also has another opposition due, on June 24, to a motion bringing a collateral attack in another case in the Superior Court; and must start to prepare, on or soon after June 16, an opposition to a motion bringing a claim of ineffective assistance in another case, in the United States District Court, due July 17.

This is the government's first request for an extension of time in this case. Defendant should not be unduly prejudiced.

WHEREFORE, the government respectfully requests that it be granted an extension of time to and including July 9, 2008, in which to respond to defendant's Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside, Or Correct Sentence.

>Respectfully submitted,
>
>JEFFREY A. TAYLOR
>(D.C. Bar No. 498-610)
>United States Attorney
>
>JOHN P. MANNARINO (D.C. Bar No. 444-384)
>Chief, Special Proceedings Division
>/s/ Thomas S. Rees
>THOMAS S. REES
>(D.C. Bar No. 358-962)
>Assistant United States Attorneys
>Special Proceedings Division
>555 Fourth Street, N.W., Tenth Floor
>Washington, D.C. 20530
>(202) 305-4882
>Thomas.S.Rees@doj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of May, 2008, the foregoing motion for an extension of time, and a proposed order, were served on petitioner, pro se, first-class postage prepaid, as follows:

>Matthew West
>#27292-016
>U.S.P. Lewisburg
>P.O. Box 1000
>Lewisburg, PA 17837
>
>/s/ Thomas S. Rees
>THOMAS S. REES
>ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MATTHEW WEST | ) | |
| | ) | Criminal No. 04-093 (RJL) |
| v. | ) | Civil No. 08-0664 (RJL) |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |

## ORDER

This matter is before the Court on the government's Motion For An Extension Of Time In Which To Respond To Defendant's Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside, Or Correct Sentence.

UPON CONSIDERATION of the submissions of the parties and the entire record herein, it is this _____ day of _____, 2008,

ORDERED that the government's Motion For An Extension Of Time In Which To Respond To Defendant's Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside, Or Correct Sentence. is hereby granted.   And it is

FURTHER ORDERED that the government's response to defendant's Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside, Or Correct Sentence shall be filed by July 9, 2008.

_____
Richard J. Leon
United States District Judge

<u>copies to</u>:

Matthew West
# 27292-016
U.S.P. Lewisburg
P.O. Box 1000
Lewisburg, PA 17837

Thomas S. Rees
Assistant United States Attorneys
United States Attorney's Office
Special Proceedings Division
555 4th Street, N.W. - 10TH Floor
Washington, D.C. 20530